**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Brand, an individual, ) | No. CV-05-3859-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| U. S. Collections West, Inc., et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This Court has received and considered the parties' Stipulated Motion to Dismiss With Prejudice (Dkt. #15).

**IT IS ORDERED granting** the parties' Stipulation and ordering dismissing this matter with prejudice as to Plaintiff Ashley Brand only and without prejudice to any other class member.

**IT IS FURTHER ORDERED** vacating the Rule 16 Scheduling Conference scheduled before the undersigned on May 4, 2006 at 10:00 a.m.

DATED this 18th day of April, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge